UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    WARREN PATRICK HUNT  
    JANET ANN HUNT  
        Debtor(s)

Case No. 09-27372

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/28/2009.

2) The plan was confirmed on 10/19/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/27/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/23/2010, 06/22/2011.

5) The case was converted on 07/19/2011.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $37,960.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,196.15 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,196.15

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $555.03 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,455.03

Attorney fees paid and disclosed by debtor:    $1,600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALI KISHWAR MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| AMBER LEAF ANIMAL HOSPITAL | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| APRIA HEALTHCARE | Unsecured | 223.00 | 223.71 | 223.71 | 133.74 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 135.00 | 135.06 | 135.06 | 80.74 | 0.00 |
| CASTLE ORTHOPADIC | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 3,305.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 852.00 | 852.50 | 852.50 | 509.66 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 2,087.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| DELNOR COMMUNITY HOSPITAL | Unsecured | 8,242.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Unsecured | NA | 3.59 | 3.59 | 0.36 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 8,661.00 | 8,661.00 | 8,661.00 | 5,139.67 | 383.62 |
| FOX VALLEY FAMILY PRACTICE | Unsecured | 2,466.00 | NA | NA | 0.00 | 0.00 |
| GEICO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GENEVA EYE CLINIC | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| GENZYME GENETICS | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 702.40 | 702.40 | 419.92 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,219.00 | 518.45 | 518.45 | 518.45 | 0.00 |
| KANE ANESTHESIA | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| KIDCARE | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY PHYSICIANS LLC | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,084.00 | NA | NA | 0.00 | 0.00 |
| ONYX WASTE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PFF EMERGENCY SERVICES | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| ROBERT REEDER MD | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 892.00 | 928.28 | 928.28 | 554.96 | 0.00 |
| SUSAN J W ACUNA MD | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| TEHMINA BAJWA MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT CORP | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| THE CHAET KAPLAN FIRM | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| TRI CITY RADIOLOGY | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| VALLEY EMERGENCY CARE | Unsecured | 825.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SVCS | Unsecured | 3,784.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | 24,408.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MTGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,661.00 | $5,139.67 | $383.62 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,661.00** | **$5,139.67** | **$383.62** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $518.45 | $518.45 | $0.00 |
| **TOTAL PRIORITY:** | **$518.45** | **$518.45** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,845.54** | **$1,699.38** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,455.03 |
| Disbursements to Creditors | $7,741.12 |
| **TOTAL DISBURSEMENTS :** | **$10,196.15** |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/09/2011                              By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**